THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Thomas Lee Ballenger, Appellant.
 
 
 

Appeal From Spartanburg County
J. Derham Cole, Circuit Court Judge

Unpublished Opinion No. 2011-UP-539   
 Submitted November 1, 2011  Filed
December 5, 2011

AFFIRMED

 
 
 
 Appellate Defender Elizabeth A. Franklin-Best,
 of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Assistant Attorney General Mark R. Farthing, all of Columbia; and
 Solicitor Barry J. Barnette, of Spartanburg, for Respondent.
 
 
 

PER CURIAM: Thomas
 Lee Ballenger appeals his conviction for criminal domestic violence, arguing
 the trial court erred in overruling his objection to the State's eliciting improper
 character evidence during his trial.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities: State v. Nichols, 325 S.C. 111, 120, 481 S.E.2d 118, 123 (1997) (holding an issue not
 preserved for review when a party made only a general objection at trial,
 without giving a specific ground); State v. Bailey, 253 S.C. 304, 310,
 170 S.E.2d 376, 379 (1969) ("It is well settled
 that an objection, to be good, must point out the specific ground of the
 objection, and that if it does not do so, no error is committed in overruling
 it." (quotation marks and citations omitted)). 
AFFIRMED.
HUFF, PIEPER, and LOCKEMY,
 JJ., concur. 

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.